[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-15738
Non-Argument Calendar

_____

D.C. Docket No. 4:16-cr-00099-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRAVIS YOUNG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(January 11, 2018)

Before JULIE CARNES, BLACK and HULL, Circuit Judges.

PER CURIAM:

George R. Asinc, appointed counsel for Travis Young in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Young's conviction and sentence are **AFFIRMED**.